FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 JUN 16 PM 1:40

SIGN_____
by DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA C. McCLINTOCK | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 00-459-D-M2 |
| | * | |
| EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC. and CREDIT BUREAU | * | A JURY TRIAL IS DEMANDED |
| OF BATON ROUGE, INC. | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT

Plaintiff, Cynthia C. McClintock on her own behalf, complains as follows against defendants Experian Information Solutions, Inc. and the Credit Bureau of Baton Rouge, Inc.

### I. INTRODUCTION

1.  The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as the "Act"). Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

### II. PARTIES

2.  Plaintiff, Cynthia C. McClintock, is a natural person who resides at 15660 Riverdale Avenue, Baton Rouge, LA 70815.

3.  Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a (c) of the Act.

4.  Defendant, Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809.



3:00-cv-00459 1 - 1
DATE: 06/16/00           DEPUTY CLERK: BP

5. Experian is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f) of the Act, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the Act, to third parties.

6. Defendant, Credit Bureau of Baton Rouge, Inc. (hereinafter referred to as "CBBR"), is a Louisiana corporation with its principal place of business located at 9489 Interline, Baton Rouge, Louisiana.

7. Defendant CBBR is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f) of the Act, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the Act, to third parties.

## III. FACTUAL ALLEGATIONS

8. On June 1, 1995. Plaintiff applied to be a co-signer with her brother, Claude McClintock for the lease of a motor vehicle from Mid City Motors, Inc. d/b/a Audubon Ford.

9. Plaintiff did not return to Audubon Ford to sign the lease documents.

10. On or about June 14, 1995, someone fraudulently and without permission, consent, or knowledge of Ms. McClintock, signed plaintiff's name to several documents including a lease agreement.

11. This lease agreement was thereafter assigned to Ford Motor Credit Company.

12. Ms. McClintock later discovered this and found out that this resulted in the listing of negative credit information on the credit profiles maintained by the defendants, Experian and CBBR.

13. On or about April 1, 1999, Ms. McClintock executed an affidavit and enclosed it with a dispute letter mailed to each of the defendants disputing the validity of the Ford Motor Credit account.

14. Experian received this letter with the affidavit on April 5, 1999.

15. Despite this dispute letter, each of the defendants maintained this account on plaintiff's credit profiles.

**COUNT I - FAIR CREDIT REPORTING ACT VIOLATIONS**

16. Plaintiff incorporates ¶¶ 1-15 above.

17. In the entire course of its actions, Experian willfully and/or negligently violated the provisions of the Act in the following respects:

   a. By willfully and/or negligently failing to reinvestigate reasonably to fulfill its duty under § 1681i(a) of the Act.

   b. Upon information and belief, by willfully and/or negligently failing, in the preparation of consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the report, in violation of § 1681e of the Act.

18. Plaintiff incorporates ¶¶ 1-15 above.

19. In the entire course of its actions, CBBR willfully and/or negligently violated the provisions of the Act in the following respects:

   a. By willfully and/or negligently failing to reinvestigate reasonably to fulfill its duty under § 1681i(a) of the Act.

   b. Upon information and belief, by willfully and/or negligently failing, in the preparation of consumer reports concerning Plaintiff, to follow reasonable procedures to assure

3

maximum possible accuracy of the information in the report, in violation of § 1681e of the Act.

20.    As a direct and proximate result of the foregoing acts and omissions of Experian and CBBR, Ms. McClintock has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that judgment be entered against Experian Information Solutions, Inc. and the Credit Bureau of Baton Rouge, Inc. for:

(a)    actual damages as to Count I;

(b)    punitive damages as to Count I;

(c)    attorney's fees pursuant to 15 U.S.C. § 1681n and/or § 1681o as to Count I;

(d)    costs; and

(e)    for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

Garth J. Ridge
Bar Roll Number 20589
200 Lafayette Street, Suite 608
Baton Rouge, Louisiana 70801
(225) 343-0700

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA C. McCLINTOCK | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. |
| EXPERIAN INFORMATION SOLUTIONS, INC. and CREDIT BUREAU OF BATON ROUGE, INC. | * | A JURY TRIAL IS DEMANDED |
| Defendants. | * | |

## VERIFICATION

I hereby certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

*Cynthia C. McClintock*
CYNTHIA C. McCLINTOCK