FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

01 JAN 17 AM 11:23

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CYNTHIA C. McCLINTOCK,       )
                             )
        Plaintiff,           )
                             )
v.                           )   CIVIL ACTION NO. 00-459-D-M2
                             )
EXPERIAN INFORMATION         )   JUDGE BRADY
SOLUTIONS, INC. and CREDIT   )
BUREAU OF BATON ROUGE, INC., )   MAGISTRATE JUDGE NOLAND
                             )
        Defendants.          )

## RE-NOTICE OF DEPOSITION

TO:   Garth J. Ridge
      200 Lafayette Street, Suite 608
      Baton Rouge, Louisiana 70801

      Christine Lipsey
      Breazeale, Sachse & Wilson
      Post Office Box 3197
      Baton Rouge, Louisiana 70821-3197

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Experian Information Solutions, Inc. ("Experian") will take the deposition before a Notary Public or some other officer authorized by law to administer oaths of the Plaintiff, Cynthia C. McClintock

DATE:    **February 22, 2001**

TIME:    **9:00 a.m.**

PLACE:   **The Law Offices of Garth J. Ridge**
         **200 Lafayette Street, Suite 608**
         **Baton Rouge, Louisiana 70801**

Pursuant to agreement between Experian's counsel and counsel for Plaintiff, this deposition date is in lieu of the deposition previously noticed for January 18, 2001.

BR:253103.1

| INITIALS | DOCKET# |
|---|---|
|  | 27 |

This deposition will be recorded stenographically and is being taken for discovery, for use at trial, and for all purposes permissible under the Federal Rules of Civil Procedure.

Experian requests, pursuant to Rule 30 and Rule 26(e) of the Federal Rules of Civil Procedure, that the Plaintiff produce at the time of the taking of her deposition any documents, materials, or things not previously produced by Plaintiff that are responsive to any Request to Produce previously served by Experian upon Plaintiff or Plaintiff's Counsel.

Dated: January 17, 2001

Baton Rouge, Louisiana

          PHELPS DUNBAR, L.L.P.

By: _/s/ Kelsey B. Kornick_
Jonathan C. Benda (Bar No. 17464)
Kelsey B. Kornick (Bar No. 25133)
445 North Boulevard, Suite 701
Baton Rouge, LA 70821-5707
Telephone: 225/346-0285
Telecopier: 225/381-9197

          AND

Lucas W. Andrews (Ga. Bar 019533) (T.A.)
JONES, DAY, REAVIS & POGUE
3500 SunTrust Plaza
303 Peachtree St. N.E.
Atlanta, Georgia 30308-3242
Telephone: 404/521-3939
Telecopier: 404/581-8330

ATTORNEYS FOR EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing to be served this 17th day of January, 2001 by facsimile and by causing same to be placed in the U.S. mail with sufficient postage affixed to ensure delivery and addressed as follows:

>Garth J. Ridge
>200 Lafayette Street, Suite 608
>Baton Rouge, Louisiana 70801
>225/343-0700 (phone)
>225/343-7700 (facsimile)
>
>Christine Lipsey
>Breazeale, Sachse & Wilson
>Post Office Box 3197
>Baton Rouge, Louisiana 70821-3197
>225/387-4000 (telephone)
>225/381-8029 (facsimile)

/s/ Kelsey Kornick
Attorney for Experian Information Solutions, Inc.

BR:253103.1